

US SECRET SERVICE

2014 MAY -6 A 11: 03

ASSET FORFEITURE DIVISION

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:10-cr-109-Orl-36DAB |
| DEFENDANT | TYPE OF PROCESS |
| David Merrick | Deposit |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Nicole M. Andrejko, AUSA<br>400 West Washington St., Ste. 3100<br>Orlando, FL 32801 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please deposit the Contents of Sterling Capital Management, LLC Investment Account #ATG-022748 ($510,330.84) into the Treasury Fund per the attached Final Judgment of Forfeiture. THIS IS A VICTIM CASE

CATS No. 14-USS-000192

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>407-648-7500 | DATE<br>04/25/2014 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ☐ AM<br>☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS:

On 5/20/14, $510,330.84 in U.S. Currency was deposited into the Treasury Forfeiture Fund.

TD F 90-22.48 (6/96)