

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

RECEIVED U.S. ATTORNEY 2015 AUG 14 PM 2:00 MIDDLE DISTRICT OF FLORIDA ORLANDO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:10-cr-109-Orl-35DAB |
| DEFENDANT | TYPE OF PROCESS |
| David Merrick | seize |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Nicole M. Andrejko, AUSA
501 West Church Street, Ste. 300
Orlando, FL

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize all funds on deposit at Banco Delta, Panama Account Number 001-021-00016018-001 per POF Cats No. 10-USS-000677

Signature of Attorney or other Originator requesting service on behalf of
Nicole M. Andrejko, AUSA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NO. 407-648-7500
DATE 10/08/2010

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS
Valerie Rhodes 10/27/10

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 06-10-15
TIME OF SERVICE: ☐ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY: Valerie Rhodes USSS

**REMARKS:** $167,802.22 from Banco Delta, Panama Account #00102100016018001 in the name of David Merrick and Aziel Omar Perez Sanchez was seized on 6/10/2015.

TD F 90-22.48 (6/96)